THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES LYNCH, Appellant, v MICHAEL P. CORCORAN, Superintendent, Cayuga Correctional Facility, Respondent. [930 NYS2d 170]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.